UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MASS NGOM,

Defendant.

**INFORMATION**

25 Cr.

25 CRIM 538

## COUNT ONE
### (Failure to Comply with Reporting Requirements)

The United States Attorney charges:

1. On or about January 14, 2024, in the District of Arizona and elsewhere, MASS NGOM, the defendant, upon arrival in the United States other than by vessel, vehicle, or aircraft, intentionally failed to enter the United States at a border crossing point designated by the Secretary of the Department of Homeland Security and failed to immediately report their arrival and present themselves for inspection to a Customs Officer at a facility designated by immigration officials for that crossing point.

(Title 19, United States Code, Sections 1459(a), (e)(1), and (g).)

JAY CLAYTON
United States Attorney