UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

THE UNITED STATES OF AMERICA,

        -against-                                   25-MJ-2608

**ORDER**

MASS NGOM,

        Defendant.

-----------------------------------------------------------X

KATHARINE H. PARKER, United States Magistrate Judge:

On or about August 17, 2025, a criminal complaint was filed in the United States District Court for the District of Arizona, charging Defendant MASS MGOM with one count of intentionally failing to enter the United States at a border crossing point designated by the Secretary of the Department of Homeland Security and failing to immediately report his arrival and present himself and articles accompanying him for inspection to a Customs Officer at the customs facility for that crossing point, a Class A misdemeanor.

On November 18, 2025, the Defendant appeared in the United States District Court for the Southern District of New York and, pursuant to Federal Rule of Criminal Procedure 20, voluntarily elected in writing to be prosecuted in this District and plead guilty to the above-described offense and to waive trial in the District of Arizona. The Defendant further consented in writing to this Court's disposition of the case and has filed a written statement representing same in the District of Arizona. Additionally, this Court further has

1

been informed in writing that the United States Attorneys in both this District and the District of Arizona consent to the transfer of this matter to this District.

The Defendant further entered a plea of guilty and was sentenced in accordance with the judgment.

**SO ORDERED.**

**11/18/2025**

_____

Katharine H. Parker
United States Magistrate Judge